# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Rodney Little,

    Plaintiff,

        v.                              Case No.   1:12cv949

Commissioner of Social Security,              Judge Michael R. Barrett

    Defendant.

## ORDER

      This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 24, 2014 (Doc. 15).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 15) in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation (Doc. 15) have been filed.

      Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 15) of the Magistrate Judge is hereby **ADOPTED.**  The decision of the Commissioner to deny benefits to the plaintiff is **REVERSED** and this matter is **REMANDED** under sentence 42 U.S.C. § 405(g).  This matter is closed.

      **IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge