UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rodney Little,

    Plaintiff,

        v.                       Case No. 1:12cv949

Commissioner of Social Security,       Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 13, 2014 (Doc. 20).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 20) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 20) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 20) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for Attorney Fees (Doc. 18) is **GRANTED**. Plaintiff shall be awarded $2,932.50 in attorney fees and $350.00 in costs for a total amount of $3,282.50.

**IT IS SO ORDERED.**

                                           *s/Michael R. Barrett*
                                           Michael R. Barrett
                                           United States District Judge